UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYN LEE TESTA,<br>         Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>         Defendant. | Case No.  20-cv-06138-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on August 31, 2020. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that October 30, 2020 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  To date, no proof of service has been filed.

IT IS HEREBY ORDERED that no later than **two weeks of the date of this order**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: March 22, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge